OPINION — AG — ** HUMAN RIGHTS COMMISSION — REFERRAL CHARGE ** A LOCAL COMMISSION MAY REFUSE TO TAKE ACTION SPECIFIED BY THE STATE HUMAN RIGHTS COMMISSION UNDER THE AUTHORITY OF THE PROVISIONS OF 25 O.S. 1705 [25-1705] (COMPLAINT, DISCRIMINATION, REPORT, DISCRIMINATORY ACTIONS, JURISDICTION, AUTHORITY) CITE: 25 O.S. 1705 [25-1705] (NATHAN J. GIGGER) ** SEE: OPINION NO. 75-124 (1975) **